■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v Mo TANG, Appellant. [704 NYS2d 866] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered February 4, 1997, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was not legally sufficient to establish his guilt is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of assault in the first degree and to disprove the defendant's justification defense beyond a reasonable doubt (*see, Matter of Y. K.,* 87 NY2d 430). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]). Altman, J. P., Friedmann, Krausman and Feuerstein, JJ., concur.